In re: State of Louisiana applying for a writ of mandamus and in the alternative for a writ of certiorari.

Writs refused. There is no right of appeal. Too, the search warrant was executed at a place other than that described in the warrant.

SUMMERS, J., is of the opinion the writ should be granted, as the execution of the search warrant was within the "place" described in the warrant. To hold otherwise is an unwarranted technical construction of the language of the warrant and unduly burdens the officers of the law in their effort to suppress a nefarious traffic in narcotics.

■

160 So.2d 231

**Succession of Edese HOLLIER.**

**No. 47055.**

Feb. 14, 1964.

Court of Appeal, Third Circuit. 158 So. 2d 351.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.